**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:15-cv-00622-BR**

| | | |
|---|---|---|
| **DONNA ODOM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **IQ DATA INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within sixty (60) days from the date of entry of this order. If this case has not been reinstated within sixty (60) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

The Non-Final Pretrial conference scheduled for May 17, 2016, is cancelled.

This 6 April 2016.


_____
W. Earl Britt
Senior U.S. District Judge